EXHIBIT A

| First Name | Last Name |
|---|---|
| Cristian Camilo | Alvarez Gomes |
| Paulo Cesar | Alves de Freitas |
| Gabriel Francisco | Alves Oliveira |
| Jorge Luis | Arrivilaga Enriquez |
| Christian | Bamaca Deleon |
| Gamaliel | Barrera |
| Israel | Blanco Amaya |
| Emanuel | Borges |
| Manuel | Cac Castro |
| Angelo | Cac-Castro |
| Eder | Candido Ribeiro |
| Mario | Choc Gaal |
| Erlin Javier | Cisnado |
| Lidelmar | Correira dos Santos |
| Charles | da Silva |
| Jorge Luiz | da Silva |
| Ricardo Lucio | da Silva Cruz Filho |
| Lucas | da Silva Rocha |
| Luceilo Adriano | de Lima Filho |
| Marcelo | de Oliveira Filho |
| Teylon | de Souza Duarte |
| Francisco Antonio | de Souza Filho |
| Mateus Lourival | dos Santos |
| Lindemberg | dos Santos Batista |
| Jorge Luiz | dos Santos Netto |
| Alexsandro | Duarte |
| Melvin | Estuardo Diaz Lima |
| Luis Gerardo | Garcia Lucas |
| Fernando | Goncalves de Almeida |
| Mateo | Gutierres Alvares |
| Kristian Andres | Juarez Villalta |
| Adriano | Lage de Alvarenga |
| Waenderson | Lelis Marciano |
| Erixon Noel | Lima |
| Eneas Enrique | Lima Castanaza |
| German Alberto | Lima Escalante |
| Elmer Giovanni | Lima Rivera |
| Yonatan Enemias Mauricio | Lopez |
| Victor Geovany | Lopez Martinez |
| Manuel Arturo | Lopez Ramirez |
| Edgar O | Mas Lopez |

EXHIBIT A

| | |
|---|---|
| Thiago | Mello Reetz |
| Adriel | Mendes Marinho |
| Bernabe | Merida Guzman |
| Joao | Moreira |
| Andy | Najara Triguieros |
| Johabner | Nguenge de Souza e Costa |
| Faliston Charles | Oliveira |
| Ruben Augusto | Ordonez Gomez |
| Christian | Orellana |
| Francisco | Orellana |
| Juan Raul | Ortega Diaz |
| Abner Jonatan | Ortiz-Hernandez |
| Daniel Maciel | Pacheco |
| Marcio | Pereira de Paula |
| William | Perez |
| Walter Abdulio | Perez Gonzalez |
| Jose | Queiroz Teixeira |
| Mynor | Quinonez |
| Fabio | Ramos Soares |
| Erwin | Rivera Cruz |
| Carlos Antonio | Sagastume Guerra |
| Wilmer de Jesus | Sagastume Guerra |
| Mynor | Sandoval |
| Samuel | Sandoval |
| Julio Cesar | Sandoval Gomez |
| Darly | Santos da Silva |
| Junior Cesar | Silva Dos Santos |
| Antonio | Simao |
| Chesman Leao | Soares |
| Rafael | Soares de Oliveira |
| Francisco | Soriano Leon |
| Kelssen | Teixeira |
| Will Alfredo | Urias Flores |
| Saul | Valenzuela |
| Carlos Gilberto | Valenzuela Ordonez |
| Clovis | Vieira |
| Guiherme | Von Linsingen |