UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>CONTRACT FRAMING BUILDERS, INC.; TRUST BUILDERS, INC.; HRB BUILDERS, INC.; and MAURICIO BARBOSA BAIENSE,<br><br>Defendants. | Civil Action No. 1:22-cv-10215 |

## NOTICE OF FILING REVISED EXHIBIT A

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, hereby files the attached Revised Exhibit A to the Complaint, ECF No. 1. Exhibit A to the Complaint contains the names of the employees that the Secretary alleges are owed back wages and liquidated damages in this Fair Labor Standards Act case.[1]

Respectfully submitted,

Seema Nanda
Solicitor of Labor

Maia S. Fisher
Regional Solicitor

---

[1] The Secretary's Revised Exhibit A includes two fewer employees than the original Exhibit A (Dkt. No. 1-1).  The Secretary is not required to move the Court to file a revised Exhibit A to the Complaint. *Acosta v. Med. Staffing of Am., LLC*, No. 2:18-cv-226, 2019 WL 4307867, at *2 (E.D. Va. Sept. 11, 2019) (in an FLSA case, "as a general matter, the Secretary should be permitted to submit a Revised Schedule A without amending his complaint"); *U.S. Dep't of Labor v. Fire & Safety Investig. Consult. Servs., LLC*, No. 1:17-CV-25, 2018 WL 2065941, at *3 (N.D. W. Va. May 3, 2018) ("The allegations in the original complaint . . . were not confined to those employees specifically listed in Schedule A. . . . Therefore, there has been no attempt by the DOL to amend its complaint by filing a Revised Schedule A . . . .").

Mark A. Pedulla
Counsel for Wage & Hour

*/s/Theresa Schneider Fromm*
Theresa Schneider Fromm
Senior Trial Attorney
fromm.theresa@dol.gov
MA BBO No. 569240

U.S. Department of Labor
Attorneys for Plaintiff

Post Office Address:
JFK Federal Building—Room E-375
Boston, Massachusetts 02203
TEL: (617) 565-2500
FAX: (617) 565-2142

March 3, 2022

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party, listed below, by e-mail on March 3, 2022:

Douglas S. Brooks
Libby Hoopes Brooks, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
dbrooks@lhblaw.com

William H. Connolly
20 Park Plaza, Suite 1000
Boston, MA  02116
whc@williamconnollylaw.com

John S. Reidy
2300 Crown Colony Drive, Ste. #203
Quincy, MA  02169
jreidy@brlegalpc.com

*/s/Theresa Schneider Fromm*
Theresa Schneider Fromm
Senior Trial Attorney
