UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN J. WALSH, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

CONTRACT FRAMING BUILDERS, INC.;
TRUST BUILDERS, INC.; HRB BUILDERS,
INC.; and MAURICIO BARBOSA BAIENSE,

Defendants.

Civil Action No. 1:22-cv-10215-NMG

**SECRETARY OF LABOR'S MOTION FOR ENTRY OF DEFAULT OF DEFENDANTS CONTRACT FRAMING BUILDERS, INC.; TRUST BUILDERS, INC.; HRB BUILDERS, INC.; and MAURICIO BARBOSA BAIENSE**

To: Clerk of the Court

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor (the "Secretary") requests that the Clerk of the Court enter a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Defendants Contract Framing Builders, Inc.; Trust Builders, Inc.; HRB Builders, Inc.; and Mauricio Barbosa Baiense. The grounds for this motion are as follows:

The Secretary filed his Complaint in this action on February 10, 2022.  ECF No. 1.  Also on February 10, 2022, the Secretary sent the Complaint, Notice of Lawsuit and Waiver of the Service of Summons, among other documents, to those attorneys who had represented Defendants during the Secretary's investigation of Defendants: John Reidy, William Connolly, and Douglas Brooks.  *See* Decl. of Att'y Theresa Schneider Fromm Exhibit A ("Fromm Decl.") ¶ 3.  On March 15, 2022, Defendants Contract Framing Builders, Inc. and Mauricio Barbosa

1

Bainese signed the waivers of the service of summons sent them, via Attorney Reidy's office, to undersigned counsel for the Secretary.  ECF Nos. 6-7; Fromm Decl. ¶ 4.[1]  On April 14, 2022, Defendant HRB Builders, Inc. signed its waiver of the service of summons and sent them, via Attorney Brooks' office, to undersigned counsel for the Secretary.  ECF No. 8; Fromm Decl. ¶ 9.[2]  On April 14, 2022, Trust Builders signed its waiver of the service of summons and sent it directly to undersigned counsel on April 22, 2022.  ECF No. 10; Fromm Decl. ¶ 12.[3]

All four defendants have failed to respond to the Secretary's Complaint.  Fromm Decl. ¶ 18.  Defendants have all received, signed and return their waivers of service but have failed to file an answer or otherwise file a response to the Secretary's Complaint, despite the Secretary's reminders.  ECF Nos. 6-8, and 10; Fromm Decl. ¶¶ 4, 9, 11-12, 16, and 18.  The Secretary has inquired whether Defendants had counsel to represent them in the litigation.  Fromm Decl. ¶ 16.  Attorney Brooks confirmed that he was not representing HRB Builders, while Attorney Reidy stated that he was not representing any of the defendants in this action.  Fromm Decl. ¶¶ 9-10.  Attorney Connelly also confirmed that he no longer represents Trust Builders.  Fromm Decl. ¶ 17.

---

[1]  On March 10, 2022, Defendants Contract Framing Builders, Inc. and Mauricio Barbosa Bainese had signed the waivers of the service of summons and sent them, via Attorney Reidy's office, to undersigned counsel for the Secretary on March 11, 2022.  Fromm Decl. ¶ 4.  Those Defendants then re-signed the waivers on March 15, 2022 and the Secretary filed the latter versions at ECF Nos. 6-7.  Fromm Decl. ¶ 4.

[2]  Defendant HRB Builders also sent the waiver via e-mail to undersigned counsel on April 22, 2022.  Fromm Decl. ¶ 11.

[3]  Defendant Trust Builders was also served with the summons on April 21, 2022, via a process server, who informed undersigned counsel of the successful service on April 25, 2022, after counsel had filed the signed waiver.  Fromm Decl. ¶ 15.

Moreover, on May 2, 2022, Secretary's counsel e-mailed Defendants themselves (copying their former counsel), stating, in relevant part, as follows:

> On behalf of the Secretary of Labor, I filed the above-captioned FLSA complaint against Defendants Contract Framing Builders, Inc., Trust Builders, Inc., HRB Builders, Inc., and Mauricio Barbosa Baiense.  Please be advised that your answer(s) to the Secretary's complaint is overdue.  We plan to move for a default judgment against the Defendants should you fail to file your answer(s) by **Monday, May 9, 2022.**
>
> Also, do you have counsel to represent you in this litigation?  If so, please give me their contact information.  I have copied the attorneys who represented you during the Secretary's investigation.

Fromm Decl. ¶ 16 (emphasis in original).  Undersigned counsel for the Secretary received no response to that email.  *Id.*

More than one month has passed since Defendants signed their waivers of service and their answer(s) were due on April 11, 2022.  Because Defendants have failed to respond to the Complaint or request an extension of time to answer the Complaint, the Secretary respectfully requests that the Clerk of the Court enter default against all Defendants for their failure to defend.

Respectfully submitted,

Seema Nanda
Solicitor of Labor

Maia S. Fisher
Regional Solicitor

Mark A. Pedulla
Counsel for Wage & Hour

*/s/Theresa Schneider Fromm*

Theresa Schneider Fromm
Senior Trial Attorney
fromm.theresa@dol.gov
MA BBO No. 569240

3

U.S. Department of Labor
Attorneys for Plaintiff

Post Office Address:
JFK Federal Building—Room E-375
Boston, Massachusetts 02203
TEL: (617) 565-2500
FAX: (617) 565-2142

DATED: June 6, 2022

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party listed below via e-mail on June 6, 2022.  I also caused the foregoing copy to be mailed on June 7, 2022 or June 8, 2022 on each party listed below:

Mauricio Barbosa Baiense
18 Kilby St., #3
Quincy, MA  02169
contractframingbuilders@gmail.com

Mauricio Barbosa Baiense, President
Contract Framing Builders, Inc.
407R Mystic Ave.
Suite 34B
Medford, MA  02155
contractframingbuilders@gmail.com

HRB Builders
c/o Helem Rocha Baiense
407R Mystic Ave.
Suite 34B
Medford, MA  02155
helembaiense@yahoo.com.br

Trust Builders, Inc.
c/o Mauro Barbosa Baiense, President
69 Clinton Street, Apt. 1
Everett, MA  02149
maurobaiense1967@gmail.com

*/s/Theresa Schneider Fromm*