UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>CONTRACT FRAMING BUILDERS, INC.; TRUST BUILDERS, INC.; HRB BUILDERS, INC.; and MAURICIO BARBOSA BAIENSE,<br><br>Defendants. | Civil Action No. 1:22-cv-10215-NMG |

## DECLARATION OF ATTORNEY THERESA SCHNEIDER FROMM

I, Theresa Schneider Fromm, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1.  I currently serve as a Senior Trial Attorney in the Boston Regional Solicitor's Office, U.S. Department of Labor (the "DOL"). I am one of the DOL attorneys who represents Plaintiff Secretary of Labor (the "Secretary") in this action.

2.  On February 10, 2022, the Secretary filed a Complaint against Defendants Contract Framing Builders, Inc.; Trust Builders, Inc.; HRB Builders, Inc.; and Mauricio Barbosa Baiense. ECF No. 1. The Secretary's Complaint alleges that Defendants have failed to pay their employees required overtime compensation and retaliated against certain of those employees in violation of the Fair Labor Standards Act (the "FLSA").

3.  Also on February 10, 2022, the Secretary sent the Complaint, Notice of Lawsuit and Waiver of the Service of Summons, among other documents, to the attorneys who had represented Defendants during the Secretary's FLSA investigation of Defendants: John Reidy,

1

Douglas Brooks and William Connolly. A copy of these e-mails, without the attachments, is attached collectively as Exhibit 1.

    4.    On March 10, 2022, Defendants Contract Framing Builders, Inc. and Mauricio Barbosa Bainese signed their waiver of the service of summons and sent them, via an e-mail from Attorney Reidy's office, to me on March 11, 2022. They re-signed the waivers on March 15, 2022, sent them to me via Attorney Reidy's office, and I filed the latter version at ECF No. 6-7 on March 15, 2022.

    5.    On March 16, 2022, I sent waivers to Attorneys Brooks and Connelly, among others, and asked, in relevant part:

> Any idea if / when I'll get the waivers back from HRB Builders and Trust Builders?

    6.    On March 16, 2022, Attorney Brooks responded, in relevant part, as follows:

> Hi Theresa. Apologies, but I'm still trying to determine if I am going to be representing HRB in this matter. I hope to get back to you asap.

    7.    On March 25, 2022, I sent an e-mail to Attorney Brooks, stating, in relevant part:

> Any word on the waiver for HRB? I sent you the notice and waiver to you on February 10.
>
> Please be advised that if I haven't received the waiver from you by **Friday, April 1**, we will hire a process server to serve the summons and plan to seek those costs and fees under FRCP 4(d)(2).

(emphasis in original)

    8.    On March 25, 2022, I sent an e-mail to Attorney Connelly, stating, in relevant part:

> Please send me the waiver of service of summons for Trust Builders. I sent you the notice and waiver to you on February 10.
>
> Please be advised that if I haven't received the waiver from you by **Friday, April 1**, we will hire a process server to serve the summons and plan to seek those costs and fees under FRCP 4(d)(2).

(emphasis in original)

9. On April 14, 2022, Defendant HRB Builders, Inc. signed its waiver of the service of summons and sent it, via Attorney Brooks' office, to undersigned counsel. ECF No. 8. Also on April 14, 2022, when asked about the overdue Answer, Attorney Brooks informed me that he is not representing HRB Builders in this litigation.

10. On April 15, 2022, when asked about the overdue Answer, Attorney Reidy informed me via e-mail that he "will not be appearing or filing a response on behalf of any of the defendants in this action."

11. On April 22, 2022, Defendant HRB Builders sent the waiver of service with the April 14 signature again, this time directly to me.

12. On April 14, 2022, Trust Builders signed its waiver of the service of summons and sent it directly to me on April 22, 2022. ECF No. 10.

13. On April 15, 2022, the waiver of service of HRB Builders was filed. ECF No. 8.

14. On April 25, 2022, I filed the Trust Builders' waiver of service. ECF No. 10.

15. Defendant Trust Builders was also served with the summons on April 21, 2022, via a process server, who informed me of the successful service on April 25, 2022, after I had filed the signed waiver.

16. On May 2, 2022, I e-mailed Defendants themselves, copying Attorneys Reidy, Brooks, and Connelly, stating as follows:

> Good afternoon,
>
> On behalf of the Secretary of Labor, I filed the above-captioned FLSA complaint against Defendants Contract Framing Builders, Inc., Trust Builders, Inc., HRB Builders, Inc., and Mauricio Barbosa Baiense. Please be advised that your answer(s) to the Secretary's complaint is overdue. We plan to move for a default judgment against the Defendants should you fail to file your answer(s) by **Monday, May 9, 2022.**

       Also, do you have counsel to represent you in this litigation?  If so, please give me their contact information.  I have copied the attorneys who represented you during the Secretary's investigation.

(emphasis in original).  A copy of this e-mail is attached as Exhibit 2.  I have received no response to that email.

       17.     On May 20, 2022, Attorney Connelly confirmed via e-mail that he no longer represents Trust Builders.

       18.     To date, no defendants have filed a response to the Secretary's Complaint.

Executed this 6th day of June, 2022.

                               */s/Theresa Schneider Fromm*
                                 Theresa Schneider Fromm