Exhibit 1

| | |
|---|---|
| **From:** | Fromm, Theresa Schneider - SOL |
| **To:** | JReidy@brlegalpc.com |
| **Cc:** | Pedulla, Mark A - SOL |
| **Subject:** | Contract Framing Builders and Mauricio Barbosa Baiense |
| **Date:** | Thursday, February 10, 2022 12:26:12 PM |
| **Attachments:** | 1 - Complaint.pdf |
| | 1-1 List of Employees (Exhibit A to Complaint).pdf |
| | 1-2 Civil Cover Sheet.pdf |
| | 1-3 Category Sheet.pdf |
| | Notice of Lawsuit (Contract Framing).pdf |
| | Notice of Lawsuit (MBBaiense).pdf |
| | Waiver (Contract Framing).pdf |
| | Waiver (MBBaiense).pdf |

Good afternoon,

My name is Theresa Fromm and I'm a Senior Trial Attorney at Boston Regional Solicitor's Office at the United States Department of Labor.  I have just filed a Complaint against your clients, Contract Framing Builders and Mauricio Barbosa Baiense.  I have attached the Complaint, Exhibit A, Civil Cover Sheet and Category Sheet filed this morning.  I write to ask you to waive service of summons for your clients.  The process is explained in the Notice of a Lawsuit and Requested to Waive Service of a Summons (attached).  The waivers are also attached.  Please fill out the waivers for your clients and return them to me within 30 days.  Thank you.

Theresa Schneider Fromm
Senior Trial Attorney
U.S. Department of Labor
Office of the Solicitor
(617) 565-2524
*Pronouns: she, her, hers*
***Until further notice, please direct all communications to me via phone or email. Please do not send correspondence by paper mail, courier, or fax to the Boston Solicitor's Office.***
This message may contain information that is privileged and exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor. If you think you received this email in error, please notify the sender immediately.

| | |
|---|---|
| **From:** | Fromm, Theresa Schneider - SOL |
| **To:** | dbrooks@lhblaw.com |
| **Cc:** | Pedulla, Mark A - SOL |
| **Subject:** | HRB Builders, Inc. |
| **Date:** | Thursday, February 10, 2022 12:33:28 PM |
| **Attachments:** | 1 - Complaint.pdf |
| | 1-1 List of Employees (Exhibit A to Complaint).pdf |
| | 1-2 Civil Cover Sheet.pdf |
| | 1-3 Category Sheet.pdf |
| | Notice of Lawsuit (HRB Builders).pdf |
| | Waiver (HRB Builders).pdf |

Good afternoon,

My name is Theresa Fromm and I'm a Senior Trial Attorney at Boston Regional Solicitor's Office at the United States Department of Labor.  I have just filed a Complaint against your client, HRB Builders, Inc.  I have attached the Complaint, Exhibit A, Civil Cover Sheet and Category Sheet filed this morning.  I write to ask you to waive service of summons for your clients.  The process is explained in the Notice of a Lawsuit and Requested to Waive Service of a Summons (attached).  The waiver is also attached.  Please fill out the waiver for your client and return it to me within 30 days.  Thank you.

Theresa Schneider Fromm
Senior Trial Attorney
U.S. Department of Labor
Office of the Solicitor
(617) 565-2524
*Pronouns: she, her, hers*
***Until further notice, please direct all communications to me via phone or email. Please do not send correspondence by paper mail, courier, or fax to the Boston Solicitor's Office.***
This message may contain information that is privileged and exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor. If you think you received this email in error, please notify the sender immediately.

Exhibit 1

| | |
|---|---|
| **From:** | Fromm, Theresa Schneider - SOL |
| **To:** | whc@williamconnollylaw.com |
| **Cc:** | Pedulla, Mark A - SOL |
| **Subject:** | Trust Builders, Inc. |
| **Date:** | Thursday, February 10, 2022 12:29:55 PM |
| **Attachments:** | 1 - Complaint.pdf |
| | 1-1 List of Employees (Exhibit A to Complaint).pdf |
| | 1-2 Civil Cover Sheet.pdf |
| | 1-3 Category Sheet.pdf |
| | Notice of Lawsuit (Trust Builders).pdf |
| | Waiver (Trust Builders).pdf |

Good afternoon,

My name is Theresa Fromm and I'm a Senior Trial Attorney at Boston Regional Solicitor's Office at the United States Department of Labor.  I have just filed a Complaint against your client, Trust Builders, Inc.  I have attached the Complaint, Exhibit A, Civil Cover Sheet and Category Sheet filed this morning.  I write to ask you to waive service of summons for your clients.  The process is explained in the Notice of a Lawsuit and Requested to Waive Service of a Summons (attached).  The waiver is also attached.  Please fill out the waiver for your client and return it to me within 30 days.  Thank you.

Theresa Schneider Fromm
Senior Trial Attorney
U.S. Department of Labor
Office of the Solicitor
(617) 565-2524
*Pronouns: she, her, hers*
***Until further notice, please direct all communications to me via phone or email. Please do not send correspondence by paper mail, courier, or fax to the Boston Solicitor's Office.***
This message may contain information that is privileged and exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor. If you think you received this email in error, please notify the sender immediately.