| | |
|---|---|
| **From:** | Fromm, Theresa Schneider - SOL |
| **To:** | contractframingbuilders@gmail.com; Helem Baiense; mauro baiense |
| **Cc:** | John Reidy; Douglas Brooks; whc@williamconnollylaw.com; Pedulla, Mark A - SOL |
| **Subject:** | Secretary of Labor v. Contract Framing Builders et al, 1:22-cv-10215 |
| **Date:** | Monday, May 2, 2022 3:02:13 PM |

Good afternoon,

On behalf of the Secretary of Labor, I filed the above-captioned FLSA complaint against Defendants Contract Framing Builders, Inc., Trust Builders, Inc., HRB Builders, Inc., and Mauricio Barbosa Baiense.  Please be advised that your answer(s) to the Secretary's complaint is overdue.  We plan to move for a default judgment against the Defendants should you fail to file your answer(s) by **Monday, May 9, 2022.**

Also, do you have counsel to represent you in this litigation?  If so, please give me their contact information.  I have copied the attorneys who represented you during the Secretary's investigation.

Theresa Schneider Fromm
Senior Trial Attorney
U.S. Department of Labor
Office of the Solicitor
(617) 565-2524
*Pronouns: she, her, hers*
***Until further notice, please direct all communications to me via phone or email. Please do not send correspondence by paper mail, courier, or fax to the Boston Solicitor's Office.***

This message may contain information that is privileged and exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor. If you think you received this email in error, please notify the sender immediately.